UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DAMON WHEELER,
          Plaintiff,

v.

P.O. N. DEYOUNG; G. NEILSON; SGT.
MAGSAMEN; and THE CITY OF
MIDDLETON,
          Defendants.
---------------------------------------------------------------x

**ORDER**

16 CV 8857 (VB)

This action is stayed pending resolution of plaintiff's criminal appeal before the New York Court of Appeals. (See Doc. #37).

By Order dated September 6, 2019, the Court directed plaintiff, who is proceeding pro se and in forma pauperis, to notify the Court in writing, by December 3, 2019, and every 90 days thereafter, of the status of his criminal appeal. (Doc. #68).

Plaintiff has failed to comply with the September 6 Order. The Court reminds plaintiff that its Orders are not mere suggestions.

In view of plaintiff's pro se status, the Court sua sponte extends to January 24, 2020, plaintiff's time to notify the Court of the status of his criminal appeal.

**If plaintiff fails to comply with this Order, his case may be dismissed for failure to prosecute and failure to comply with court orders. Fed. R. Civ. P. 41(b).**

The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 20, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge