UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DAMON WHEELER,
                          Plaintiff,

v.

P.O. N. DEYOUNG; G. NEILSON; SGT.
MAGSAMEN; and THE CITY OF
MIDDLETON,
                          Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-31-20

**ORDER**

16 CV 8857 (VB)

This action is stayed pending resolution of plaintiff's criminal appeal before the New York Court of Appeals. (See Doc. #37).

On December 12, 2019, plaintiff, who is proceeding pro se and in forma pauperis, notified the Court in writing of the status of his criminal appeal. (Doc. #70).

Accordingly, by April 30, 2020, and every 90 days thereafter, plaintiff shall inform the Court in writing of the status of his criminal appeal. No later than 14 days after the New York Court of Appeals resolves plaintiff's criminal appeal, plaintiff shall so inform the Court by letter.

The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: January 31, 2020
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge