UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DAMON WHEELER,
        Plaintiff,

v.

P.O. N. DEYOUNG; G. NEILSON; SGT.
MAGSAMEN; and THE CITY OF
MIDDLETOWN,
        Defendants.
------------------------------------------------------------x

**ORDER**

16 CV 8857 (VB)

By Order dated March 3, 2020, this Court directed plaintiff's counsel to confer with defense counsel and, by March 24, 2020, to either: (i) file a letter informing the Court that defendants consent to plaintiff's filing an amended complaint; or (ii) file a motion for leave to file an amended complaint. (Doc. #82).

To date, plaintiff's counsel has not complied with the Court's March 3 Order.

Accordingly, it is HEREBY ORDERED:

The Court sua sponte extends to April 2, 2020, plaintiff's time to comply with the Court's March 3 Order. **Failure to do so will result in dismissal of this case for failure to prosecute or comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: March 26, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge