UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Wheeler,

                     Plaintiff,                  **SCHEDULING ORDER**

    -against-                                  16 Civ. 8857 (AEK)

DeYoung, et al.,

                     Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

This matter is hereby scheduled for a video settlement conference before Magistrate Judge Andrew E. Krause on **Tuesday, October 19, 2021, at 2:30 p.m.**

No later than two (2) business days prior to the conference (*i.e.*, by October 15, 2021), the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length. The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference. Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

It is the Court's standard practice to require parties – and not just counsel – to attend settlement conferences. As current or former municipal employees, however, Defendants DeYoung and Neilson are not required to appear personally. Instead, as discussed at the September 20, 2021 conference, defense counsel must arrange to have the appropriate decision-making representative of the relevant insurance carrier(s) participate in the conference via video.

This conference will be conducted by video, using Microsoft Teams. A link and instructions will be provided to the parties by email prior to the conference. Should anyone

experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

The Clerk of the Court is respectfully directed to terminate the letter motion at ECF No. 128.

Dated: September 20, 2021
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge