UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

DAMON WHEELER,

                            Plaintiff,                     **ORDER**

      -against-                             16 Civ. 8857 (AEK)

P.O. NATHANIEL DeYOUNG, et al.,

                            Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court understands that the parties have reached a settlement in this matter. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within forty-five (45) days of this Order.  Any application to reopen that is filed after forty-five (45) days from the date of this Order may be denied solely on that basis.

Dated:  May 23, 2022
           White Plains, New York

                                                        _____
                                                          ANDREW E. KRAUSE
                                                          United States Magistrate Judge